Tony HAWK, Plaintiff–Appellant,

v.

Greg WHITE, Magistrate Judge, Defendant–Appellee.

No. 2011–1381.

United States Court of Appeals, Federal Circuit.

July 7, 2011.

Before NEWMAN, SCHALL, and DYK, Circuit Judges.

## ON MOTION

PER CURIAM.

### ORDER

Magistrate Judge Greg White moves without opposition to dismiss this appeal for lack of jurisdiction.

Tony Hawk appeals from a decision of the United States District Court for the Northern District of Ohio dismissing his motion for reconsideration of dismissal of his complaint. Hawk alleged that Magistrate Judge White had violated his due process rights by denying Hawk's disability claim brought pursuant to the Social Security Act.

This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based upon our review, we determine that the district court's jurisdiction did not arise in whole

or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.